# Wexler, Appellant, *v.* Bonwit, Teller & Company of Philadelphia.

Argued November 13, 1952. Before STERN, C. J., STEARNE, JONES and CHIDSEY, JJ.

*George J. Ivins,* for appellant.

*Samuel D. Goodis,* with him *Thomas F. Devine* and *Sundheim, Folz, Kamsler & Goodis,* for appellee.

OPINION PER CURIAM, January 5, 1953:

The appeal is by plaintiff from an order granting a new trial, the assigned reason being that the verdict was against the weight of the evidence. President Judge BROWN in his opinion reviewed the evidence at length. We are unable to discover any palpable abuse of discretion and therefore decline to disturb such exercise of discretion: *Bellettiere v. Philadelphia,* 367 Pa. 638, 81 A. 2d 857; *Beal v. Reading Company,* 370 Pa. 45, 87 A. 2d 214.

Order affirmed.